# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

SARA COOPER,

    Petitioner,

v.

MISSOULA MAC, INC., McDONALDS #3596
and McDONALD'S CORPORATION,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-555-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

JOEL TURNER

Joel Turner, Acting Clerk

by Deputy Clerk

10/22/08
Date

Copy of this document has been provided to: petitioner
this 22 day of Oct, 20 08